CUAUHTEMOC ORTEGA (Bar No. 257443)
Federal Public Defender
DEBORAH E. GONZALEZ (Bar No. 310153)
(E-Mail: Deborah_Gonzalez@fd.org)
Deputy Federal Public Defender
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2854
Facsimile: (213) 894-0081

Attorneys for Defendant
SUCHA SINGH

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 14-00648-CAS - 7 |
| Plaintiff, | **[PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING ON MOTION FOR COMPASSIONATE RELEASE** |
| v. | |
| SUCHA SINGH, | |
| Defendant. | |

GOOD CAUSE HAVING BEEN SHOWN, the Court hereby sets the following briefing schedule on Mr. Singh's Motion for Compassionate Release:

The defense's Supplemental Brief in Support of Motion for Compassionate Release is due on or before December 14, 2020;

The government's Opposition to the Motion for Compassionate Release is due on or before January 4, 2021;

The defense's Reply in Support of the Motion for Compassionate Release, if any, is due on or before January 11, 2021;

\\

\\

\\

1       The hearing on the Motion for Compassionate Release will be held on January 25, 2021, at 10:00 a.m.

DATED: December 7, 2020     By *[signature: Christina A. Snyder]*
                                      HON. CHRISTINA A. SNYDER
                                      United States District Judge

Presented by:

    /s/ *Deborah E. Gonzalez*
Deputy Federal Public Defender